## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR281** |
| vs. ) | |
| ) | **ORDER** |
| **CARLOS SANCHEZ, SR.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion to continue trial (#19), now set for November 8, 2005. A 90-day continuance is requested due to counsel's medical condition. Due to the length of continuance sought, I will require the defendant to file a renewed waiver of speedy trial in conjunction with this request.

**IT IS ORDERED** that defendant's motion to continue trial (#19) is held in abeyance pending compliance with NECrimR 12.1. Defendant shall file the required waiver on or before Monday, **October 31, 2005**.

**DATED October 25, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**