# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR281 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARLOS SANCHEZ, SR.., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the following motions of defendant Carlos Sanchez, Sr. (Sanchez): Motion for Disclosure of 404(b) Evidence (Filing No. 41), Motion To Produce Prior Testimony of Cooperating Witnesses (Filing No. 42), and Motion For Disclosure of Identity of Confidential Informants (Filing No. 43).  The motions will be denied for the following reasons:  first, the date for filing pretrial motions, October 15, 2005, has long passed (Filing No. 13); second, Sanchez did not accompany his motions with a brief in accordance with Paragraph 4 of the progression order (Filing No. 6); and third, the motions did not contain a meet and confer statement required by Paragraph 3 of the Progression Order (Filing No. 6).  Furthermore, this matter has been continued for a change of plea hearing or trial at Sanchez's request on numerous occasions (Filing Nos. 18, 22, 37 (plea), and 39).  This matter will remain for trial before Judge Laurie Smith Camp and a jury on May 16, 2006, as previously scheduled.

**IT IS ORDERED:**

Sanchez's Motion For Disclosure of 404(b) Evidence (Filing No. 41), Motion to Produce Prior Testimony of Cooperating Witnesses (Filing No. 42), and Motion for Disclosure of Identity of Confidential Informants (Filing No. 43) are denied.

DATED this 17th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge