FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 17 2006

OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR281 |
| vs. | ) | ORDER |
| CARLOS SANCHEZ, SR., | ) | |
| Defendant. | ) | |

This matter is before the court following the jury's verdict finding defendant Carlos Sanchez, Jr., (Sanchez) guilty on Counts I, II and III of the Indictment (Filing No. 62).  Upon return of the verdict, Sanchez was remanded to the custody of the U.S. Marshal pending his sentence (Filing No. 58).

Previously, Sanchez was released upon an Order Setting Conditions of Release (Filing No. 31) secured with An Agreement to Forfeit Property for **1811 Avery Road, Bellevue, NE 68005** (legally described as: Lot 3, in Koll Heights, a subdivision of Lots 13, 14 and 15 Hillcrest Addition as surveyed, platted and recorded in Sarpy County, NE) and **5637 South 20th Street, Omaha, NE 68107** (legally described as: Lot 10, Block 1, Potter and Cobbs Addition to the City of South Omaha, now an addition to the City of Omaha, as surveyed, platted and recorded in Douglas County, NE).   Since Sanchez has surrendered to the custody of the U.S. Marshal pending his sentence, the Order Setting Conditions of Release should be exonerated.

**IS ORDERED:**

Sanchez's Order Setting Conditions of Release (Filing No. 31) together with the Agreements to Forfeit Property set forth above are hereby **exonerated**.

**IT IS FURTHER ORDERED:**

The clerk shall mail a **certified copy** of this order to Rosa M. Sanchez, 1811 Avery Road, Bellevue, NE 68005.

DATED this 17th day of July, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge