AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Carlos Sanchez, Sr. | ) Case No:  8:05CR281 |
| | ) USM No:  20355-047 |
| Date of Original Judgment:  11/15/2006 | ) |
| Date of Previous Amended Judgment: | ) Jeffrey L. Thomas |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    151 mths for Counts I & II    months **is reduced to**   121 months for Counts I and II   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    11/15/2006    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    09/17/2015

*Judge's signature*

Effective Date:    11/01/2015                    Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*                    *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Carlos Sanchez, Sr.

DEFENDANT:
CASE NUMBER:   8:05CR281
DISTRICT:      District of Nebraska

**I.  COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: __34__                    Amended Total Offense Level: __32__
Criminal History Category:    __I__                     Criminal History Category:    __I__
Previous Guideline Range:  __151__ to __188__ months    Amended Guideline Range:  __121__ to __151__ months

**II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

**III.  ADDITIONAL COMMENTS**

The Defendant's pro se Motion to Reduce Sentence  - USSC Amendment (Filing No. 125) is granted, the Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 129) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 130) is approved.